**Form 410**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mary J. Jordan**
    Debtor(s)

Bankruptcy Case No.: 15–21178–JAD
Doc. # 37
Chapter: 13
Docket No.: 38 – 37
Concil. Conf.: October 6, 2016 at 09:00 AM

## <u>ORDER</u>

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 6, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **September 19, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 6, 2016** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 20, 2016

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## <u>INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT</u>

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-21178-JAD
Mary J. Jordan                                                                            Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 1              Date Rcvd: Jul 20, 2016
                             Form ID: 410             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
db           +Mary J. Jordan,    10080 Vermont St.,    North Huntingdon, PA 15642-2576
aty          +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
cr           +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    Fifteen Piedmont Center,    3575 Piedmont Road,
              N.E. Suite 500,    Atlanta, GA 30305-1623
14082110      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA 90051-5478
14023524     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX 75067)
14067023     +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Ste. 3,
              Pittsburgh, PA 15235-4441
14023525     +Norwin Teachers Federal Credit Union,    150 Robbins Station Road, Ste 2,
              N. Huntingdon, PA 15642-2037
14023526     +Verizon Pennsylvania Inc.,    500 Technology Drive,    Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14055327      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2016 01:13:33
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
14023523     +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 21 2016 00:53:58
              Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14055616     +E-mail/Text: bncmail@w-legal.com Jul 21 2016 00:53:53    Nationstar Mortgage, LLC,
              C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                      TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Nationstar Mortgage LLC
cr*          +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
              Pittsburgh, PA 15235-4441
                                                                             TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Mary J. Jordan edscourt@debtlaw.com,
               edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
               m
              Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 5