# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | MARY J. JORDAN |
| Case Number: | 15-21178-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, AUGUST 10, 2016 09:30 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Motion For Relief From The Automatic Stay filed by Nationstar Mortgage LLC, it successors and/or assigns - Response Filed by Debtor on 7/20/2016 at Doc. # 39  [Due 7/18/2016]

R / M #:  32 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD ✓ / KATZ / PAIL
DEBTOR(S): Edgardo D. Santillan, Esq.
CREDITOR: Joshua I. Goldman, Esq.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least __30__ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- continue matter at least 30 days
- o/e 8/10/2016 setting hearing

FILED
8/10/16 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge