# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| MARY J. JORDAN, | : Bankruptcy No. 15-21178JAD |
| | : |
| Debtor(s). | : Chapter 13 |
| ********************************************* | : |
| NATIONSTAR MORTGAGE LLC, ITS SUCCESSOR AND/OR ASSIGNS, | : |
| Movant(s), | : |
| v. | : Document No. 32 |
| MARY J. JORDAN AND RONDA J. WINNECOUR, TRUSTEE, | : |
| Respondent(s). | : |

## ORDER

AND NOW, this **10th** day of **August, 2016**, a hearing having been held on August 10, 2016, on the *Motion For Relief From The Automatic Stay* filed by *Movant* at Document No. 32,

It is hereby **ordered** that the hearing on said matter is **continued** to **October 5, 2016**, at 9:30 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____ jsf
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtor
Edgardo D. Santillan, Esq.
Joshua I. Goldman, Esq.
Ronda J. Winnecour, Esq.
Office of U.S. Trustee

FILED
8/10/16 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00000420

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary J. Jordan  
      Debtor

Case No. 15-21178-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Aug 10, 2016  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.  
db        +Mary J. Jordan,   10080 Vermont St.,   North Huntingdon, PA 15642-2576  
aty       +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Edgardo D. Santillan   on behalf of Debtor Mary J. Jordan edscourt@debtlaw.com, edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
        Jennifer L. Cerce   on behalf of Creditor   Norwin School District jlc@mbm-law.net  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                        TOTAL: 5