# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARY J. JORDAN | | |
| **Case Number:** | 15-21178-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 05, 2016 09:30 AM   COURTROOM D | | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | | |
| **Courtroom Clerk:** | JEFF FURIS | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

Continued Motion For Relief From The Automatic Stay filed by Nationstar Mortgage LLC, it successors and/or assigns
- Response Filed by Debtor on 7/20/2016 at Doc. # 39  [Due 7/18/2016]
- Hearing Held 8/10/2016 - Continued To 10/5/2016
**R / M #:**  32 / 0

## *Appearances:*

TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR(S): Edgardo D. Santillan, Esq.
CREDITOR: Joshua I. Goldman, Esq.

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
✔ CONTINUE MATTER:  *60*
_____ ✔ For At Least *60* Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order -  NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

- continue matter at least 60 days
- o/e 10/5/2016 setting continued hearing

FILED
10/5/16 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

9/26/2016   12:59:10PM