# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARY J. JORDAN,

: Bankruptcy No. **15-21178JAD**
:
:
Debtor(s).
: Chapter 13
:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NATIONSTAR MORTGAGE LLC, ITS
SUCCESSOR AND/OR ASSIGNS,

Movant(s),
v.
: Document No. 32
:
MARY J. JORDAN AND
RONDA J. WINNECOUR, TRUSTEE,

Respondent(s).

## ORDER

AND NOW, this **5th** day of **October, 2016**, a hearing having been held on October 5, 2016, on the *Motion For Relief From The Automatic Stay* filed by *Movant* at Document No. 32,

It is hereby **ordered** that the hearing on said matter is **continued** to **December 14, 2016**, at 10:30 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____ jsf
**JEFFERY A. DELLER**
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtor
Edgardo D. Santillan, Esq.
Joshua I. Goldman, Esq.
Ronda J. Winnecour, Esq.
Office of U.S. Trustee

FILED
10/5/16 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00018915

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21178-JAD
Mary J. Jordan                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut              Page 1 of 1             Date Rcvd: Oct 05, 2016
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db            +Mary J. Jordan,    10080 Vermont St.,    North Huntingdon, PA 15642-2576

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Mary J. Jordan eds@debtlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
              Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6