# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MARY J. JORDAN |
| Case Number: | 15-21178-JAD     Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 06, 2016 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### Matters:

1) #37 - Trustee's Certificate of Default to Dismiss
   R / M #: 38 / 0

2) Amended Plan Dated 9/6/2016 - FC
   R / M #: 44 / 0

### Appearances:

Santillan

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

**FILED OCT 12 2016 CLERK, U.S. BANKRUPTCY COURT WEST DIST. OF PENNSYLVANIA**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __1/5/17__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont to monitor payments. Spouse passed away. Children now help. Works in school cafeteria so no summer hours. Picked up hours in day care center to compensate

9/30/2016   8:10:19AM