# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | MARY J. JORDAN |
| Case Number: | 15-21178-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 05, 2017 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
1/6/17 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matters:**

2) #44 - Continued Confirmation of Plan Dated 9/6/16 (FC)
   R / M #:  44 / 0

1) #37 Continued Trustee's Certificate of Default to Dismiss
   R / M #:  37 / 0

**Appearances:**

Debtor: E Santillan
Trustee: Winnecour / *Bedford* / Pail / Katz

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3-16-17 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/30/2016  9:27:03AM