# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MARY J. JORDAN, | : | Bankruptcy No.  15-21178-JAD |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 52 |
| ***************************************************** | : | |
| NATIONSTAR MORTGAGE LLC, | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # 32 |
| MARY J. JORDAN, AND | : | |
| RONDA J. WINNECOUR, TRUSTEE, | : | |
| Respondent(s). | : | |

# ORDER

AND NOW, this **7th** day of **March**, **2017**, IT APPEARS TO THE COURT THAT the movant has filed at **Doc. #85** a **Praecipe To Withdraw the Motion For Relief From Stay** in the above-captioned bankruptcy case.

IT IS HEREBY ORDERED that **Doc. # 32 IS DENIED AS WITHDRAWN**.

IT IS FURTHER ORDERED THAT the **Hearing** scheduled on **Doc. #32** -**Motion For Relief From Stay** for **March 8, 2017** at **10:30 AM** at **Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 IS HEREBY CANCELLED**.

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL:**
cc:     Debtor
        Edgardo D. Santillan, Esq.
        Joshua I Goldman, Esq.
        James C. Warmbrodt, Esq.
        Ronda J. Winnecour, Esq.
        Office of the U.S. Trustee

FILED
3/7/17 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00012121

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary J. Jordan  
     Debtor

Case No. 15-21178-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Mar 07, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.  
db           +Mary J. Jordan,    10080 Vermont St.,    North Huntingdon, PA 15642-2576

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Edgardo D. Santillan    on behalf of Debtor Mary J. Jordan eds@debtlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net  
         Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                 TOTAL: 7