# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | MARY J. JORDAN |
| Case Number: | 15-21178-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 16, 2017 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
3/17/17 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#37 - Continued Trustee's Certificate of Default to Dismiss

#44 - Continued Confirmation of Plan Dated 9/6/2016 (FC)
R / M #: 37 / 0

**Appearances:**

Debtor: Santillan
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

*Debtor approved for an outside the portal loan mod. Requested extension to file amended.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **5/8/17**.
   Objections are due on or before **6/8/17** ~~6/29/17~~.
   A hearing on the Amended Plan is set for ~~6/8/17~~ **6/29/17** at **2:30 pm**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Asked for copy of 2016 tax return for trustee review & copies of W-2s*

3/9/2017    8:59:57AM