UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 15-21178-JAD |
| MARY J. JORDAN ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | RELATED DOCUMENT NO. 59 & 60 |
| _____ ) | |
| MARY J. JORDAN ) | |
| ) | HEARING DATE: 5/3/2017 @ 10:00A.M. |
| MOVANT ) | |
| VS. ) | |
| ) | |
| NATIONSTAR MORTGAGE, LLC ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification filed on March 30, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification appears thereon. Pursuant to the Summons, objections to the Motion to Approve Loan Modification were to be filed and served no later than April 17, 2017

    It is hereby respectfully requested that the Order on the Motion to Approve Loan Modification be entered by the Court.

Dated: April 18, 2017                               **/s/ Edgardo D. Santillan**
                                                   Edgardo D. Santillan, Esquire
                                                   PA ID# 60030
                                                   SANTILLAN LAW FIRM, P.C.
                                                   775 Fourth St.
                                                   Beaver, PA 15009
                                                   724-770-1040
                                                   eds@debtlaw.com