UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:<br>MARY J. JORDAN<br><br>DEBTOR<br>_____<br>MARY J. JORDAN<br><br>MOVANT<br>VS.<br><br>NATIONSTAR MORTGAGE, LLC | CASE NO. 15-21178-JAD<br>CHAPTER 13<br><br>DOCUMENT NO. 59 |

## ORDER OF COURT

**AND NOW**, to-wit, this __25th__ day of __April__ 2017, upon consideration of the Debtor's Motion to Approve Loan Modification and Settlement, and upon hearing in Open Court, it is hereby:

**ORDERED, ADJUDGED and DECREED** that Nationstar Mortgage, LLC and the Debtor, be and she is hereby authorized to enter into the Loan Modification Agreement annexed hereto as Exhibit "A" as set forth in the motion in support hereof; and it is further

**ORDERED** that pursuant to the Modification, the modified principal balance is $90,009.36 with $15,259.37 of the amount being deferred in accordance with the loan modification, leaving a balance of $74,749.99 an interest rate of 3.125% with a monthly payment of $273.01 plus an escrow payment of $148.16 totaling $421.17 beginning March 1, 2017 copy of the Loan Modification Agreement has been filed with the Court. It is further

**ORDERED**, that during pendency of the instant bankruptcy Nationstar Mortgage, LLC in accordance with the regular practices and procedures of the Office of the Chapter 13 Trustee in accordance with the terms of the Loan Modification Agreement.

**ORDERED** that within fourteen (14) days of the entry of this order an amended plan must be filed.

BY THE COURT:

_____
Chief Judge Deller
U.S. Bankruptcy Court

cc:    Edgardo D. Santillan, Esq., Counsel for the Debtors
       Ronda J. Winnecour, Esq., Chapter 13 Trustee

FILED
4/25/17 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary J. Jordan  
     Debtor

Case No. 15-21178-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Apr 25, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.  
db          +Mary J. Jordan,    10080 Vermont St.,    North Huntingdon, PA 15642-2576

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Edgardo D. Santillan    on behalf of Debtor Mary J. Jordan ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com  
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net  
       Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       TOTAL: 7