UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) CASE NO. 15-21178-JAD |
| | ) |
| MARY J. JORDAN | ) |
| | ) CHAPTER 13 |
| | ) |
| DEBTOR | ) RELATED TO CLAIM NO. 4 |
| | ) |
| | ) |
| NATIONSTAR MORTGAGE, LLC | ) |
| | ) |
| MOVANT | ) |
| | ) |
| VS. | ) |
| | ) |
| MARY J. JORDAN | ) |
| RONDA J. WINNECOUR, ESQ. TRUSEE | ) |
| RESPONDENT | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

    The undersigned hereby declares that the Plan dated a May 8, 2017 is adequately funded for the change in the mortgage payment to Nationstar Mortgage, LLC to the amount of $405.63 effective with the July 2017 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan. Therefore, no amended Plan is necessary and/or objection to the notice is required.

June 14, 2017                                        /s/ Edgardo D. Santillan
                                                                               Edgardo D. Santillan, Esquire
                                                                               PA ID No. 60030
                                                                               SANTILLAN LAW FIRM P.C.
                                                                               775 Fourth St.
                                                                               Beaver, PA 15009
                                                                               724-770-1040
                                                                               ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-21178-JAD |
| | ) | |
| MARY J. JORDAN | ) | |
| | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR | ) | RELATED TO CLAIM NO. 4 |
| | ) | |
| | ) | |
| NATIONSTAR MORTGAGE, LLC | ) | |
| | ) | |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| MARY J. JORDAN | ) | |
| RONDA J. WINNECOUR, ESQ. TRUSEE | ) | |
|     RESPONDENT | | |

**CERTIFICATION OF SERVICE**

    I, <u>Edgardo D. Santillan, Esquire of SANTILLAN LAW FIRM P.C., 650 Corporation Street, Suite 304, Beaver, PA 15009</u> certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age;

    That on the 14th day of June 2017, **I SERVED A COPY OF THE DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE UPON THE FOLLOWING:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Nationstar Mortgage, LLC
c/o Robertson Anschutz & Schneid, PL
6409 Congress Ave. Suite 100
Boca Raton, FL 33487
Attn: Madison Wilson
**Via First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON June 14, 2017

                                            <u>/s/ Edgardo D. Santillan</u>
                                            Edgardo D. Santillan, Esquire
                                            PA ID No. 60030
                                            SANTILLAN LAW OFFICE, P.C.
                                            775 Fourth St.
                                            Beaver, PA 15009
                                            724-770-1040
                                            ed@santillanlaw.com