FILED
7/7/17 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARY J. JORDAN<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>MARY J. JORDAN<br><br>Respondent(s) | Case No. 15-21178JAD<br>Chapter 13<br><br>Related to Document No. 37 |

## ORDER

AND NOW, this __7th__ day of ____July____, 20__17__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐  This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐  This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.  Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.  This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn per confirmation of plan.

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 15-21178-JAD
Mary J. Jordan                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1           Date Rcvd: Jul 07, 2017
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db          +Mary J. Jordan,    10080 Vermont St.,    North Huntingdon, PA 15642-2576
cr          +Nationstar Mortgage LLC,    Aldridge Pite, LLP,    Fifteen Piedmont Center,    3575 Piedmont Road,
              N.E. Suite 500,    Atlanta, GA 30305-1623
14082110     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
              Los Angeles, CA  90051-5478
14023524    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14067023    +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Ste. 3,
              Pittsburgh, PA 15235-4441
14023525    +Norwin Teachers Federal Credit Union,    150 Robbins Station Road, Ste 2,
              N. Huntingdon, PA 15642-2037
14023526    +Verizon Pennsylvania Inc.,    500 Technology Drive,    Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14055327     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2017 02:44:04
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
14023523    +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 08 2017 02:46:47
              Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14055616    +E-mail/Text: bncmail@w-legal.com Jul 08 2017 02:46:36    Nationstar Mortgage, LLC,
              C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                            TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
cr*           +Norwin School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                Pittsburgh, PA 15235-4441
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Debtor Mary J. Jordan ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Norwin School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7