**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARY J. JORDAN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:15-21178 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/06/2015 and confirmed on 05/13/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,565.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,565.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,910.12 | |
|     Trustee Fee | 633.56 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,543.68 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 7501 | 9,651.54 | 9,651.54 | 0.00 | 9,651.54 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: DE | 0.00 | 2,369.78 | 0.00 | 2,369.78 |
| NATIONSTAR MORTGAGE LLC(*)<br>Acct: 7501 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORWIN TEACHERS FEDERAL CREDIT UN<br>Acct: 2129 | 100.00 | 0.00 | 0.00 | 0.00 |
| | | | | 12,021.32 |
| **Priority** | | | | |
| EDGARDO D SANTILLAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MARY J. JORDAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTILLAN LAW FIRM PC<br>Acct: | 3,000.00 | 2,910.12 | 0.00 | 0.00 |
| SANTILLAN LAW FIRM PC<br>Acct: | 2,000.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| NORWIN SD (N HUNTINGDON) (EIT)** | 58.36 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXX6,08 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3320 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 142.31 | 0.00 | 0.00 | 0.00 |
| Acct: 7729 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 67.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7731 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 67.64 | 0.00 | 0.00 | 0.00 |
| Acct: 0564 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 662.96 | 0.00 | 0.00 | 0.00 |
| Acct: 3928 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                      12,021.32

TOTAL CLAIMED
PRIORITY              58.36
SECURED            9,751.54
UNSECURED            940.54

Date: 05/21/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com